United States District Court
Southern District of Texas

**ENTERED**

July 30, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Maria De La Caridad Bori Caballero, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5277 |
| | § | |
| Randy Tate, | § | |
| | § | |
| Respondent. | § | |

## ORDER ON RESPONSIVE BRIEFING

Before the Court is Maria De La Caridad Bori Caballero's Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241. Doc. 1. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts,[1] the Court ORDERS the following:

1.  The Clerk shall deliver a copy of the Petition, Doc. 1, and this Order to the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov.

2. The proper Respondent shall file an answer or other appropriate responsive pleading addressing the propriety of Petitioner's continued detention within **fourteen (14) days** of the date of service. Respondent shall forward a copy to Petitioner.

3. Whether Respondent elects to submit an answer or a dispositive motion, Petitioner shall file any response within **seven (7) days** of the date reflected on the

---

[1] A district court may apply any or all of the rules governing habeas petitions filed under 28 U.S.C. § 2254 to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

certificate of service. Under the Court's local rules, a failure to respond will be considered a representation that Petitioner does not oppose the motion. *See* L. R. 7.4.

4. Each party must serve the other party, or counsel, with a copy of every pleading, letter, or other document submitted for consideration by the Court. Because Petitioner is detained and without access to the court's electronic filing system (ECF), service shall be by mail to the other party. Every pleading or document filed with the Clerk of Court shall contain a signed certificate stating the date that a true and correct copy of the pleading or document was mailed and to whom it was mailed. Any pleading or other document that fails to include the certificate of service may be stricken from the record and not considered by the Court.

5. There will be no direct communications with the U.S. District Judge or Magistrate Judge. Communications must be submitted to the Clerk with copies to the other party.

6. Petitioner shall notify the Court and counsel for Respondent of any change of address by filing a written notice of change of address with the Clerk and complying with the above service requirements. Failure to provide such notice may result in this case being dismissed for want of prosecution.

7. The Clerk shall provide a copy of this Order to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 30th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge

2